UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT NEUSCHMID,<br><br>　　　　　Respondent. | No. 2:17-cv-0328 KJM CKD P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to file a reply to respondent's objections to the court's February 8, 2019 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 29) is granted; and
2. Petitioner is granted until March 22, 2019 to file a reply to respondent's objections.

Dated: March 12, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
give0328.111